RECEIVED
IN LAKE CHARLES, LA.

NOV 29 2010

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RANJEET SINGH** | : | CIVIL ACTION NO. 09-2168-LC |
| VS. | : | JUDGE MINALDI |
| **MICHELLE GAHN, ET AL.** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915 and 28 U.S.C. § 1915A.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of November, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE